RECEIVED

JAN 2 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY JOAN GRIFFIN, ET AL. | MISC. CASE NO. 16-mc-86 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Mary Joan Griffin, as Executrix and Derivative; and Patrick Griffin, Jr., as Derivative Claimants of the Estate of Patrick Griffin, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 26th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE